77,613-02

WRIT NO. WR-77,613-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 03 2015

Abel Acosta, Clerk

EX PARTE

ALEJANDRO ORONA

IN THE TEXAS

COURT OF

CRIMINAL APPEALS

MOTION DENIED
DATE: 1-9-15
BY: PC

---

## MOTION FOR EVIDENTIARY HEARING

---

Comes Now Alejandro Orona, the Applicant, pro se and respectfully moves this Honorable Court for evidentiary hearing pursuant to T.C.C.P. art. 11.07 Sec 3.(d), governing T.C.C.P. art. 11.07 proceedings. Applicant filed his 11.07 application and moved for evidentiary hearing and the District Court denied. Due Process affords a habeas corpus petitioner the right to a fair opportunity in state court to discover and present potentially exculpatory evidence that was not contained in the record on direct appeal. see District Attorney's Office v. Osbourne, 557 U.S. 52(2009).

In Ex parte Franklin, 72 s.w. 3d 671(Tx.Cr.App.2002), the Texas Court of Criminal Appeals held that, before a habeas petitioner is entitled to a hearing, the applicant must make a claim that, if true, establishes affirmative evidence of his innocence. Then, at the hearing, the trial judge assesses the witnesses credibility, examines the "newly discovered evidence," and determines whether that "new" evidence, when balanced against the "old" inculpatory evidence, unquestionably

This document contains some pages that are of poor quality at the time of imaging.

1

establishes the applicant's innocence. Id.

In denying the applicant's application for a writ of habeas corpus the court failed to hold a hearing. The newly discovered evidence was affidavits from eye witnesses who have seen Scott Sartain alive and well since the state alleged that applicant had murdered him. Applicant has in fact made a claim that if true, establishes affirmative evidence of his innocence. The trial courts findings are unsupported by sufficient evidence, see Wiggins v. Smith,539 U.S. 510(2003), and the process employed by the trial court was defective. see Valdez v. Cockrell, 274 F.3d 941(5th Cir.2001). The court did not hold a live hearing to judge witness credibility and their certainty of identification. Also Applicant did not file a substantive innocence claim, but a procedural one. The trial court put material issues of fact in dispute.

WHEREFORE, premises considered, Alejandro orona, the applicant respectfully moves for appointment of counsel and an evidentiary hearing. This court has ordered evidentiary hearing in cases with similar circumstances to see that justice is served.

Respectfully submitted,

*Alejandro Orona*
ALEJANDRO ORONA, PRO SE
TDCJ-ID# 1573738
Telford unit
3899 State Hwy 98
New Boston, Tx 75570

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the fore-going was mailed, postage prepaid, this _26th_ day of _December_ 2014, to Joe Shannon,JR., District Attorney, Tarrant County, Texas, Tim Curry Criminal Justice Center, 401 W. Belknap, Fort Worth, Tx 76196-0201.

_Alejandro Orona_
AFFIANT

3

EXHIBIT

# AFFIDAVIT

Before me, the undersigned notary, on the 18th day of August 2014, personally appeared Eddie Frankum (Affiant), a person whose identity is known to me. After I administered the below listed oath to the Affiant, upon his oath, he said:

My name is Eddie Frankum and I have no legal disabilities preventing me from making this affidavit. My address is 4230 LBJ Freeway, #330, Dallas, TX 75244 and my phone number is 214-638-0345. I have never been convicted of a felony or a crime of moral turpitude. I am over the age of 21 and I have personal knowledge of all statements contained in this affidavit.

Since December 2005, I have been employed as the President/Owner of HALO Protection Services, Inc. (HALO), a licensed private investigations firm that specializes in criminal defense and post-conviction criminal investigations as well as Voir Dire/trial support, civil rights violations and police procedure/ and accountability cases. HALO, a Texas Corporation in good standing, is licensed through the Texas Department of Public Safety and our license number is A13359.

I first became licensed as a Texas Peace Officer through the Texas Commission on Law Enforcement Officer Standards and Education (TCLEOSE) in 1996. I hold the Basic, Intermediate and Advanced Texas Peace Officer's Certifications as well as the Instructor and Firearms Instructor Certifications, all issued by TCLEOSE and I have completed approximately 1,900 hours of TCLEOSE approved law enforcement training credits.

I have attended Eastfield and Rio Salado Community Colleges (Law Enforcement Technology) and I graduated from the Bill Blackwood Law Enforcement Management Institute of Texas (Sam Houston State University).

My career in law enforcement included assignments as Police Officer in the Patrol Division, Sergeant in the Patrol Division, Lieutenant in Patrol and Internal Affairs Divisions, Captain in the Internal Affairs Division and finally Chief of Police.

As a Police Officer while assigned to the Patrol Division I was assigned to work patrol, traffic enforcement (including DWI enforcement) and accident investigation.

# AFFIDAVIT

My duties as a Lieutenant and Captain in the Internal Affairs Division were to investigate allegations of police misconduct and/or complaints made by citizens or other police officer against police officers.

While performing my duties as a law enforcement officer I have been involved in many on-duty use of force and deadly force situations including an incident in which I was forced to use deadly force against an actor by shooting the actor with my firearm in order to protect third persons from the actor's threat of deadly force.

A great deal of my efforts while serving as a Chief of Police was working with the Mayor and City Council members. I was charged with assessing the strategic needs of the entire police department and directing our resources towards meeting those needs. I was responsible for a program that reviewed and directed specific law enforcement goals and employees for productivity and use of resources.

I developed, published, implemented and ensured compliance with department policy, procedures and training and I oversaw specialized divisions such as DWI enforcement, Investigations, Internal Affairs, property seizures, law enforcement officer hiring and field training.

In my law enforcement career and as a Private Criminal Investigator I have worked countless high level felony cases including: Capital Murder (life and death penalty), Murder, Intoxicated Manslaughter and Assault, Aggravated Assault, Aggravated Sexual Assault, Aggravated Kidnapping, Aggravated Robbery, Injury to Child, Burglary, Theft, Aggravated Perjury, Possession/Manufacturing/Delivery of Controlled Substances, , Engaging in Organized Criminal Activity, Official Oppression, Terroristic Threat, DWI, Many Misdemeanor level cases as well as Clemency related cases.

I have investigated thousands of cases which involved making probable cause determinations related to initial detention, arrest, search and seizure cases and I am very familiar with the requirements of assessing probable cause and procedural and legal requirements for securing arrest and search warrants.

I am a member of the Texas Criminal Defense Lawyer's Association and I am a former Member of the Program Advisory Committee for the Criminal Justice Program at Westwood College.

# AFFIDAVIT

I am considered an "Expert" in the field of Investigations with the Texas Criminal Defense Lawyer's Association and I continue to be highly sought after by criminal defense lawyers as well as individuals across the state of Texas who are involved in a criminal defense or post-conviction situations in order that I may assist them by conducting criminal investigations and provide expert testimony in their respective cases.

On or about January 26, 2009, HALO was court appointed to investigate the Tarrant County Murder case (cause # 1169559R) against Kelly Munn. Attorneys Katheryn Haywood and Gilbert Russell Rowe were the defense attorneys appointed to the case.

On September 28, 2009, Mr. Munn was convicted of Murder and Engaging in Organized Criminal Activity.

HALO was paid in full for all investigative services related to our investigation into the charges against Kelly Munn and no outstanding fees remain.

On November 18, 2011, HALO filed a small claims law suit against Gilbert Russell Rowe regarding outstanding investigative fees related to two Tarrant County criminal cases that were both completely unrelated to the Kelly Munn case.

On July 24, 2012, HALO filed a small claims law suit against attorney Katheryn Haywood regarding outstanding investigative fees related to a Collin County criminal case that was completely unrelated to the Kelly Munn case. HALO was finally paid for investigative fees related to the Collin County case and the suit against Katheryn Haywood was subsequently dismissed by HALO.

HALO never pursued litigation against attorney Katheryn Haywood or Gilbert Russell Rowe regarding outstanding investigative fees on the Kelly Munn case as the State indicated on page 10 (Reference # 21) in State's Proposed Memorandum, Finding of Fact and Conclusion of Law.

Although HALO was denied payment on unrelated cases worked in conjunction with Attorneys Haywood and Rowe, those differences have been resolved and I do not and have not harbored any personal bias against either Haywood or Rowe. HALO's collection efforts were a matter of business.

On November 02, 2009, HALO was hired by Munn's family in order to conduct a post-conviction investigation related to the Murder conviction of Kelly

Munn in Tarrant County in September 2009. The alleged victim in that murder case was Scott Sartain, a known homeless drifter and drug addict who is known to have ties to the Abilene, TX area.

The November 2009 investigation was specifically related to Scott Sartain's former ties to the Abilene, TX area and extensive research was conducted prior to HALO's arrival in Abilene for the investigation efforts there.

Some of that research revealed former addresses and possible alias names that Sartain may have used or was connected to. HALO's assignment was to travel to Abilene, TX and locate and interview unknown individuals who may possess some knowledge or information related to Sartain's history, known associates, known residences, possible alias names and current whereabouts.

During the Abilene, TX investigation in November 2009, I made contact with several witnesses who told me they had seen Scott Sartain in the Abilene, TX area after the time he was supposed to have been murdered by Kelly Munn, on or about September 06, 2007.

All interviews conducted while on this assignment were recorded via digital recording and are still part of HALO's file for the Munn case.

On November 16, 2009, I completed the report related to the Abilene, TX investigation and have attached it to this affidavit. (See Exhibit A.)

On September 17, 2012, HALO was once again hired to conduct an investigation limited to attempting to locate, interview and ascertain sworn affidavits from potential witnesses located in or around the Abilene, TX area, with whom I had interviewed in November 2009, who then told me they had seen Scott Sartain in the Abilene, TX area after the time he was allegedly murdered by Kelly Munn. Before I made contact with those potential witnesses I review the recorded interviews I made with the witnesses in November 2009.

On February 18 & 20, 2013, I received affidavits from Patricia Markham, Penny Culwell, Shelby Jones and Santiago Rodriguez, all of whom indicated in their respective affidavits they remembered seeing Scott Sartain in the Abilene, TX area after Sartain was allegedly murdered by Kelly Munn.

In my opinion, the four witnesses listed above are credible witnesses. None of these unrelated independent witnesses know Kelly Munn, they have absolutely

# AFFIDAVIT

no knowledge of the events surrounding the disappearance of Scott Sartain and they have absolutely no incentive to lie or make up stories regarding their respective knowledge of Sartain's whereabouts or their respective sightings and/or dealings with Sartain.

To add to the witnesses credibility, at the time of my February 20, 2013 interview of witness Santiago Rodriguez, Rodriguez was (and still may be) a coordinator at Abilene Regional Council on Alcohol & Drug Abuse which covered thirty Texas counties.

Witness Patricia Markham and her husband Terry, operate the "Jubilee House", located at 433 Reading Rd., Abilene, TX, which provides a substance abuse recovery house with an environment conducive to recovery and good citizenship for recovering addicts and alcoholics.

It is my opinion the four Abilene, TX witness affidavits reflect testimony they each state they would have provided at Kelly Munn's trial had they been asked to do so, which could have created reasonable doubt in the minds of the jury members.

I retain the right to amend, edit, change and/or revise my opinion at any time. I am not a lawyer and the opinions asserted in this affidavit are the opinions of an "Expert Investigator" and are not to be considered legal opinions and/or legal advice.

I understand I am providing this Affidavit of my own free will and accord and I have not been threatened or coerced into signing this affidavit, nor have I been promised anything in exchange for executing this affidavit. Prior to my execution of this affidavit I raised my right hand and solemnly swore the statements contained in this affidavit are true and correct to the best of my knowledge and belief. Further, Affiant sayeth not.

_____
Investigator Eddie Frankum – Affiant

SUBSCRIBED AND SWORN to before me on the 18th day of August, 2014, to certify which, witness my hand and official seal.

_____
SIGNATURE OF NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS
My Commission Expires: 03|25|18                        SEAL:

Victoria Ripple
Notary Public,
State of Texas
Expires:03-25-2018

Page 5 of 5



# HALO PROTECTION SERVICES, INC.

**INVESTIGATIONS DIVISION**
State license # A13359
P.O. Box 180895, Dallas, TX 75218
469-628-7535 – Office
469-355-6400 – Fax
www.haloprotectionservices.com

# INVESTIGATION REPORT
## (Kelly Munn Post Conviction case)

**To:** Charlotte Youngquist - Client

**From:** Eddie Frankum – President/Private Investigator

**Date:** 11/06/2009

**Re:** Abilene investigation

On November 02, 2009, HALO was hired by Client, Charlotte Youngquist, to conduct a post-conviction follow-up investigation related to the murder conviction of Kelly Munn in Tarrant County in September 2009. The alleged victim in that murder case was Scott Sartain, a known homeless drifter and drug addict who is known to have ties to the Abilene, TX area.

This portion of the investigation was specifically related to Scott Sartain's former ties to the Abilene area and extensive research was conducted prior to HALO's arrival in Abilene for the follow-up investigation efforts.

Some of that research revealed former addresses and possible alias names that Sartain may have used or was connected to. HALO's assignment was to travel to Abilene, TX and locate and interview unknown individuals who may possess some knowledge or information related to Sartain's history, known associates, known residences, possible alias names and current whereabouts.

All interviews conducted while on this assignment were recorded via digital recording and have already been transferred to HALO's electronic file related to this investigation.

I, HALO Investigator Eddie Frankum, conducted this investigation in its entirety and the following is my report:

Munn, Kelly / HC-09-0126 PC          CONFIDENTIAL INFORMATION-WORK PRODUCT

*LARRY GARRETT INTERVIEW*
*RICHARD KENNEDY INTERVIEW*
**2102 AMY LYN, ABILENE, TX**

I drove to a half-way house (an alcohol and/or drug addiction rehab residential assistance home for addicts) named the "180 House", located at 2102 Amy Lyn, Abilene, TX.

At the 180 House, I met and interviewed two men, Mr. Larry Garrett who stated he was the manager of the 180 House and Mr. Richard Kennedy, the owner of the 180 House.

I told Mr. Garrett we were conducting a missing person investigation and showed him a picture of Sartain. Mr. Garrett immediately recognized Sartain and asked if he (Sartain) was the man who was supposed to have been murdered in the "Dallas" area.

I told Mr. Garrett that Sartain was the person he referenced, but the location of the alleged murder was in the Ft. Worth area, not Dallas.

Mr. Garrett told me he had previously talked to another detective (presumable Det. Ford, Arlington PD) and gave that detective a copy of Sartain's "card".

Mr. Garrett said he has not seen Sartain in a long time, maybe years, but that Mr. Kennedy (owner of 180 House) would probably have more information regarding Sartain.

Mr. Garrett told me that while Sartain was staying at the 180 House, he "did alright", until he (Sartain) went to work for a gas compressor company out of Midland, through "Express Personnel", a temporary employment agency.

Mr. Garrett told me he had told Sartain that he (Garrett) did not feel that Sartain was stable enough (regarding his battle with drug addiction) to leave the 180 House, but that Sartain left anyway and made some good money, but that Sartain ended up relapsing and returning to the 180 House.

Mr. Garrett stated Sartain had an N.A. sponsor (Narcotics Anonymous) named Charles Parks.

When asked how long addicts are allowed to stay at the 180 House, Mr. Garrett stated they could stay there forever if they wanted to, but that he remembered Sartain came and went 2-3 times.

I asked Mr. Garrett if I could have a copy of Sartain's "card" and he began looking through a large pile of cards. I offered to assist Mr. Garrett in sorting through the cards and I did locate Sartain's "card", which is a small white card with Sartain's contact and indentifying information on one side and "consent form" rules on the back of the card.

CONFIDENTIAL INFORMATION/WORK PRODUCT

Because I have previously reviewed many documents that had Sartain's signature on them, I immediately recognized Sartain's original signature on the "card". (I later compared the signature to jail book-in reports and other legal documents and affirmed the signatures were the same).

I asked Mr. Garrett for a copy of the "card" and he stated he would ask Mr. Kennedy if I could have the original card.

Mr. Garrett then introduced me to Mr. Kennedy, the owner of the 180 House. Mr. Kennedy stated that I could have the original card and it was handed to me by Mr. Garrett. (This card has been electronically scanned and is also part of HALO's electronic file for this case. A copy of the card (front and back) is also attached to this report (ref. 1.A).

During the interview with Mr. Kennedy, Mr. Kennedy stated he was trying to remember the name of the girl who had later come through the 180 House who Mr. Kennedy said knew the men who were responsible for killing Sartain.

I asked Mr. Kennedy and Garrett about some of the names of female addicts that I knew were related to the criminal case, but neither men were able to identify the female, although Mr. Garrett stated he believed the girl came from another half-way house called "MA Mission" in Arlington, TX, the same place Sartain was originally transferred to the 180 House from (this information is listed on the "card").

Mr. Garrett then gave me the name of Sartain's N.A. sponsor, who is Charles Parks and is the owner of Abilene Foundation in Abilene, TX.

I again asked both men if they remembered what the girl looked like who knew the alleged murders of Sartain, but neither men were able to remember her. Mr. Kennedy advised that in the last year, the 180 House has had approximately 400 individuals processed in and out and it was hard for him to remember all of them.

Mr. Garrett then assisted me further by calling Sartain's N.A. sponsor, Mr. Parks, who was out of the office. Mr. Park's office phone # is 325-673-7899 and his secretary gave me (via Mr. Garrett) Mr. Parks' cell phone #, which is 325-660-0638. Mr. Garrett told me he believes Mr. Parks has little knowledge of Sartain.

A photograph (ref. 1.B.) was taken of this location and the interview was concluded.

CONFIDENTIAL INFORMATION WORK PRODUCT

## NOVEMBER 03, 2009

*TRACY KENNEDY INTERVIEW*
**2110 AMY LYN, ABILENE, TX**

I then drove to the next linked address which was 2110 Amy Lyn, Abilene, TX, which is actually the building next to the 180 House.

I contacted Mrs. Tracy Kennedy who is the wife of Mr. Richard Kennedy, owner of the 180 House. Mrs. Kennedy told me that both addresses were the property of the 180 House and she (Mrs. Kennedy) is the Office Manager for the 180 House.

I told Mrs. Kennedy why I was there and asked if she remembered Sartain. Mrs. Kennedy advised that she did remember Sartain but that her duties at the 180 House consisted primarily of paperwork and other office duties.

Mrs. Kennedy stated that she did not recognize the photograph I showed her of Sartain but she did remember his name.

Mrs. Kennedy also stated she did not know if Sartain had a girlfriend and did not have any other information about Sartain. Mrs. Kennedy stated she would not have remembered much of him unless he had been "successful" while at the 180 House, meaning that he was in control of his addiction.

A photograph (ref. 2.A.) was taken of this location and the interview was concluded.

Munn, Kelly / HC-09-0126 PC

CONFIDENTIAL INFORMATION/WORK PRODUCT

*ATTEMPTED INTERVIEW*
**2234 AMY LYN, ABILENE, TX**

This address is a former half-way house for individuals who are mentally handicapped; however, it is no longer in business. There were vehicles in the driveway and I ran the license plates, both of which came back to individuals, not the former half-way house, which was named "Big Sky".

Unable to make contact with anyone at this address.

A photograph (ref. 3.A.) was taken of this location and the interview was concluded.

Munn, Kelly / HC-09-0126 PC

CONFIDENTIAL INFORMATION/WORK PRODUCT

## NOVEMBER 03, 2009

*JERRY KELLY INTERVIEW*
### 1758 COLLINS, ABILENE, TX

I drove to 1758 Collins, Abilene, TX, which is another address linked to Sartain and another man named Kyle Woodard. At one time, it was believed that Sartain, a known con man, may have been using the alias of Kyle Woodard.

Upon arrival at this address, I observed two vehicles parked in the driveway (front lawn) and noted both of the Texas license plates on the audio recording in case the information may be useful in the future.

After knocking on the door of this address, I made contact with a black male who identified himself as Jerry Kelly.

Mr. Kelly told me he is renting the house and he was also involved in the AA/NA program and is a recovering addict.

Mr. Kelly told me he has only lived at this address for approximately a month and a half and has never heard of Scott Sartain and he also did not recognize the photograph of Sartain I showed him.

Mr. Kelly then gave me the phone number of the owner of the house, who is Santiago Rodriguez and whose cell phone # is 325-370-6029.

I then asked Mr. Kelly if he has ever heard of Kyle Woodard. Mr. Kelly stated that he has received some mail addressed to Kyle Woodard and in fact, produced and showed me several letters (one AT&T phone bill) addressed to Kyle Woodard at 1758 Collins, Abilene, TX. Mr. Woodard stated he has never received any mail for Scott Sartain.

A photograph (ref. 4.A.) was taken of this location and the interview was concluded.

Munn, Kelly / HC-09-0126 PC

CONFIDENTIAL INFORMATION/WORK PRODUCT

*SANTIAGO RODRIGUEZ INTERVIEW*
***LAUREN ENGENERING & CONSTRUCTION, ABILENE, TX***

Mr. Rodriguez is the owner of the "3/4 house" located at 1758 Collins, Abilene, TX. I received his phone # from Mr. Jerry Kelly, the current resident of that address. I called Mr. Rodriguez (recorded) and asked to meet with him at his place of business at Lauren Engineering & Construction. Mr. Rodriguez agreed to the meeting, so I drove to his office located at 550 S. 18th St., Abilene, TX.

Upon meeting Mr. Rodriguez, I told him who I was and what I was doing. Mr. Rodriguez advised me that his house on Collins is a boarding house for recovering addicts.

I showed Mr. Rodriguez a photograph of Sartain and Mr. Rodriguez immediately stated he has previously seen Sartain. Mr. Rodriguez could not remember Sartain's name, but when I asked if "Scott" sounded familiar, Mr. Rodriguez stated that that was the name of the man I showed him a photograph of, which was in fact, that of Scott Sartain.

Mr. Rodriguez told me he remembered Sartain because at one time (later discovered to be approximately Thanksgiving 2008), Sartain, known at that time to Mr. Rodriguez only as "Scott", came to his boarding house at 1758 Collins, Abilene, TX, and wanted to live at the house.

**NOTE:** *Mr. Rodriguez is also a drug addict who has spent several years in the penitentiary. He is proud to be sober for over 9 years and has dedicated his life to helping other addicts with their recover efforts. Mr. Rodriguez goes to many of the AA/NA meetings in the Abilene area and assists other addicts primarily by providing housing assistance to them. However, before an addict can take residency in any of the "3/4 houses" or boarding houses, they must first pass an alcohol & drug test, which is administered in the field by the respective property owner. Mr. Rodriguez does not use any type of drug, alcohol, does not use profanity and seems to know almost every member of the AA/NA circle in the Abilene, TX area. He was a great source of information related to this investigation.*

When Sartain came to Mr. Rodriguez's house on Collins in November 2008, Mr. Rodriguez offered Sartain the mandatory alcohol/drug field test. Mr. Rodriguez told me he could smell the odor of an alcoholic beverage emitting from Sartain's person and that he know Sartain could not pass the field test.

Mr. Rodriguez stated that at that time, Sartain told him that he was thirsty and he was going to walk to the nearby 7-11 convenience store to get a Coke, and that he (Sartain) would return shortly. However, Sartain never returned to the house and Mr. Rodriguez never administered the field test to him. Mr. Rodriguez told me he figured Sartain knew he would not be able to pass the test, so he left and used the 7-11 story as a cover story.

CONFIDENTIAL INFORMATION/WORK PRODUCT

I then asked Mr. Rodriguez if he has ever heard the name "Kyle Woodard", to which Mr. Rodriguez replied in the affirmative.

Mr. Rodriguez told me that Kyle Woodard is a person who previously lived in the boarding house on Collins. Mr. Rodriguez confirmed that Kyle Woodard is indeed a real person and advised that Woodard still lives in the Abilene area.

**NOTE:** *This information confirms that the name "Kyle Woodard" is not an alias that was used by Sartain to gain residency at the Collins house.*

Mr. Rodriguez then gained permission from his employer to assist me in locating and interviewing Kyle Woodard and other individuals who may be of some assistance regarding this investigation.

Mr. Rodriguez then stated that he definitely recognizes Sartain's photograph and stated his name sounded very familiar. Mr. Rodriguez also stated he believes he has seen Sartain within the previous 90 days at some of the AA/NA meetings.

Mr. Rodriguez was identified as: Santiago Jimmy Rodriguez, H/M, DOB: 06/30/1960, address: 3664 Swenson, Abilene, TX 79603, cell phone #: 325-370-6029

This interview was concluded and Mr. Rodriguez assisted me in locating Kyle Woodard.

Mum, Kelly / HC-09-0126 PC

CONFIDENTIAL INFORMATION/WORK PRODUCT

**NOVEMBER 03, 2009**

*KYLE WAYNE WOODARD INTERVIEW*
**1625 21ST St., ABILENE, TX**

Mr. Santiago Rodriguez accompanied me during this interview. Upon arrival at this address, I observed a vehicle parked in the driveway and noted the Texas license plate on the audio recording in case the information may be useful in the future.

Mr. Rodriguez made first contact with Kyle Woodard and introduced me to Mr. Woodard.

I explained to Mr. Woodard who I was and what I was doing. Mr. Woodard told me he lived at the house on Collins from May 2009 through July 2009 and he moved into his current house on August 01, 2009. Mr. Woodard then identified himself as Kyle Wayne Woodard, W/M, 02/24/1961, phone #: 325-670-0315.

After I showed Mr. Woodard a photograph of Sartain, Mr. Woodard stated he has never seen or heard of Sartain nor did he recognize Sartain's tattoos.

Mr. Woodard and Rodriguez stated there are approximately ten "1/2-way" houses in the Abilene area. Some of those include "Living Free", "Open Door" and the "Hope Group". Mr. Woodard appeared to be believable.

The interview was concluded.

Munn, Kelly / HC-09-0126 PC

CONFIDENTIAL INFORMATION/WORK PRODUCT

## NOVEMBER 03, 2009

*JAMES W. WARUTA INTERVIEW*
### BEALS DEPT. STORE AT 1220 (unknown street name), ABILENE, TX

Mr. Waruta stated he may have seen Sartain in approximately November 2008, but Mr. Waruta is not 100% positive of that. This interview produced no leads.

Interview was concluded.

## NOVEMBER 03, 2009

Mr. Rodriguez also accompanied me to 433 Reading, Abilene, TX (Jubilee House), which is another half-way house like the 180 House. I spoke with several individuals at this location. There is only one audio recording for each of the individuals listed at this address.

*SHELBY JAMES JONES "SKIP" INTERVIEW*
**JUBILEE HOUSE, 433 READING, ABILENE, TX**

Upon arrival at this location , I first made contact with a man who identified himself as Shelby James Jones "Skip", W/M, 04/04/1952. Mr. Jones is a recovering addict who lives at this location (Jubilee House). Mr. Jones stated he is not from the Abilene, TX area and has only lived there for approximately 3 months. He is originally from Snyder, TX.

I showed Mr. Jones a photograph of Sartain and he stated Sartain looked familiar and he believed he has seen Sartain at the downtown bus station within the last two weeks. Mr. Jones stated he was certain that he has seen Sartain at the CityLink bus station located at 2nd Street and Sycamore in Abilene, TX. Mr. Jones stated a lot of homeless people and drug abuser hang out around that bus stop and he believes he saw Sartain in that area hanging out where smoking is permitted, across the street from the bus stop.

**NOTE:** *This is the first of two independent individuals I interviewed who stated they have seen Sartain at the CityLink bus stop at the exact same location at the exact same time.*

Munn, Kelly / HC-09-0126 PC

CONFIDENTIAL INFORMATION/WORK PRODUCT

*VANESSA LYNN BROWN INTERVIEW*
**JUBILEE HOUSE, 433 READING, ABILENE, TX**

Another resident of the Jubilee House then walked outside and asked to see the photograph of Sartain. That person's name is Vanessa Lynn Brown, B/F, DOB: 03/21/1965.

Mr. Brown immediately recognized the photograph of Sartain and stated she had only been living in the Abilene area for approximately one year.

Ms. Brown stated she may have seen Sartain at the "Loving Care Ministry", which is a local organization that feeds and provides clothing and medical assistance for homeless people.

Ms. Brown then stated that she "really believes" she saw Sartain at the "Hope Group" within the last 14 months. When I asked Ms. Jones if she remembered Sartain's tattoos, Ms. Jones stated "I remember seeing him, like, I remember him ... honestly, I do". Ms. Jones also stated "I really believe I have seen him at a NA meeting".

Munn, Kelly / HC-09-0126 PC

CONFIDENTIAL INFORMATION/WORK PRODUCT

## NOVEMBER 03, 2009
*PATTY MARKHAM INTERVIEW*
### *JUBILEE HOUSE, 433 READING, ABILENE, TX*

I was then introduced to one of the owners of the Jubilee House, Mrs. Patty Markham.

When I showed Sartain's Picture to Mrs. Markham, she stated "Oh, I know him. What did he do this time?"

I explained that Sartain is a missing person and I was attempting to locate him. Mrs. Markham without a doubt recognized Sartain.

I spent a lot of time with Mrs. Markham as she made several phone calls to other individuals who may have information regarding Sartain's whereabouts.

Mrs. Markham stated she has not seen Sartain in over one year and she told me several stories involving Sartain, such as:

- Sartain was running with a man with a street name of "Scary Larry" and "Tattoo Raymond", who had a house on Orange St. in Abilene, TX.

- At one time, "Tattoo Raymond" was beaten by his wife with a shovel and Sartain was with "Tattoo Raymond" at that time. (This information can be used in order to ascertain information regarding the identity of "Tattoo Richard" and "Scary Larry".

- Sartain had previously stolen some dope from "Tattoo Raymond" and "Tattoo Raymond" was angry about it. "Tattoo Raymond" went around Abilene looking for Sartain and telling other people, including Mrs. Markham, that he "Tattoo Raymond" was going to kill Sartain if he found him.

At frame 16:15 of the audio recording, the following conversation was recorded:

FRANKUM: On a scale of 1 to 10, how sure are you that you recognize him.

MARKHAM: 100%.

FRANKUM: Ok, you're all the way in on it then?

MARKHAM: Yea.

FRANKUM: And you have seen him within the year.

MARKHAM: Yea, I mean, I know I've seen him ...

FRANKUM: I'm not trying to beat a dead horse, I just want to make sure were real clear, are you that sure that you have seen him within a year?

MARHKAM: Yes.

Munn, Kelly / HC-09-0126 PC

CONFIDENTIAL INFORMATION/WORK PRODUCT

FRANKUM:        Oh. Ok.

During the interview, Mrs. Markham also stated that she knew Sartain was a member of a white supremacy group called "AB" (Arian Brotherhood). I know this information to be a fact.

Mrs. Markham also told me Sartain was friends with and hung around with a man named Ken Orr and his wife/girlfriend Angie Jackson, who she believed was currently living at the Royal Inn Motel in Abilene, TX and who may have seen Sartain more recently than her.

Munn, Kelly / HC-09-0126 PC

CONFIDENTIAL INFORMATION/WORK PRODUCT

## NOVEMBER 03, 2009
*CHARLES A. MCBETH INTERVIEW*
### *JUBILEE HOUSE, 433 READING, ABILENE, TX*

At frame 25:44 of the audio recording, Mr. Charles A. McBeth entered the office where I was interviewing Mrs. Markham. When I showed Sartain's photograph to Mr. McBeth, he immediately recognized Sartain but sated he had not seen him for 3-4 years.

This interview was very productive and led me to Ken Orr and Angie Jackson, who I wanted to make contact with. Mr. Rodriguez told me he knew a lady named "Penny" who hung out with Ken Orr and may be able to put me in contact with Mr. Orr.

These interviews were concluded.

**NOTE:** *After these interviews, I drafted a "wanted" flier (ref. 5.A.) and had them printed at Office Max in Abilene, TX. Mrs. Youngquist authorized this purchase.*

Munn, Kelly / HC-09-0126 PC

CONFIDENTIAL INFORMATION/WORK PRODUCT

*JACK FRAZIER INTERVIEW*
**3664 SWENSON, ABILENE, TX (Santiago Rodriguez's house)**

In an attempt to locate and contact Ken Orr and Angie Jackson, multiple contact's were initiated, one with Mr. Jack Frazier.

Mr. Frazier, who is in the AA/NA program, stated he has seen Sartain's face but he does not remember when it was.

I explained to Mr. Frazier and Rodriguez that I wanted to contact Ken Orr and Angie Jackson, so they took me (I followed them) to another location around the corner from Mr. Rodriguez's house. They told me that a woman named "Penny" would be able to help locate Ken Orr.

Munn, Kelly / HC-09-0126 PC

CONFIDENTIAL INFORMATION/WORK PRODUCT

## NOVEMBER 03, 2009

*PENNY SUE CULWELL INTERVIEW*
### 2202 HUCKLEBERY LN., ABILENE, TX

Upon arrival at 2202 Huckleberry Ln., Abilene, TX, I was told "Penny" was not currently at the location and I was introduced to "Casey" (W/M), who lives at the address.

Casey stated he did not recognize Sartain and had never met him, but he sent "Penny" a text message asking her to return to the location and meet with me.

At frame 16:50 on the audio recording, Penny Sue Culwell (W/F, DOB: 09/26/1963) arrived at this location. Ms. Culwell immediately recognized Sartain's photograph but said she did not know his name.

Ms. Culwell was trying to remember where she had seen Sartain, when she finally realized she had seen Sartain with Ken Orr and Angie Jackson (at this point in the interview, no one had mentioned that I was attempting to make contact with Ken Orr or Angie Jackson, so I believed her statement to be true).

Ms. Culwell (and her daughter "Becky" who was with her during the interview) both told me they remembered seeing Sartain at the Royal Inn Motel, hanging around the swimming pool with Ken Orr and Angie Jackson in August 2009.

Ms. Culwell then agreed to introduce me to Ken Orr and Angie Jackson at the Royal Inn Motel. Ms. Culwell's phone # is 325-267-1720, address: 6101 S. 7th St., Abilene, TX.

Munn, Kelly / HC-09-0126 PC

CONFIDENTIAL INFORMATION-WORK PRODUCT

## NOVEMBER 03, 2009

*KENNETH RAY ORR INTERVIEW*
*ANGIE DAWN JACKSON INTERVIEW*
**ROYAL INN MOTEL., ABILENE, TX**

Upon arrival at the Royal Inn Motel, Ms. Penny Culwell advised she believed Ken Orr and Angie Jackson were staying in room #233 or 232; however, no one answered the door at either room.

**NOTE:** *The Royal Inn Motel is a "dope motel" and is typically inhabited by homeless individuals and is a place commonly used to transfer drugs and engage in prostitution activities.*

Contact was finally made with Kenneth Ray Orr, W/M, DOB: 03/20/1971 and Angie Dawn Jackson, W/F, 06/17/1973.

Ms. Jackson immediately became adjacent and verbally aggressive towards me. At one point she asked if I thought she was acting paranoid. I said yes. Mr. Orr was calm and polite throughout the interview and did everything he could to control Ms. Jackson.

**NOTE:** *Mr. Orr and Ms. Jackson are both drifters and drug addicts. Both have been in and out of prison and Mr. Orr is a member of a white supremacy group called "AC" (Arian Circle). Neither Mr. Orr nor Ms. Jackson initially wanted to cooperate with me, but I was eventually successful in gaining information from them regarding Sartain.*

At frame 2:52 of the audio recording, Mr. Orr identified "Tattoo Raymond" as Raymond Snyder, and then stated "but I didn't tell you that". Mr. Orr advised me that "Scary Larry" was possibly deceased.

Mr. Orr told me that Sartain's photograph looked familiar but he (Mr. Orr) wouldn't tell me when or where he had seen Sartain.

Then I mentioned that Sartain had reportedly been seen at the Royal Inn Motel at the swimming pool.

At frame 6:10 of the audio recording, Mr. Orr stated that he did recognize Sartain but said that he (Sartain) did not run with the same group as him and then said that Sartain was "AB" (Arian Brotherhood).

At frame 8:10 of the audio recording, I told Mr. Orr and Ms. Jackson that Sartain had been seen hanging around the swimming pool at the motel. Immediately, Mr. Orr stated that Sartain was the man who went to "Merkle" with "Kim", who has a kid they called "Bubba" who was approximately 8-10 years old.

Munn, Kelly / HC-09-0126 PC

CONFIDENTIAL INFORMATION/WORK PRODUCT

Mr. Orr twice stated that he had seen Sartain at the pool "four months ago" (August 2009) at the pool. Mr. Orr stated that Sartain was drinking with a "big dude" at the pool. Mr. Orr remembered the multiple tattoos on Sartain's body.

**NOVEMBER 03, 2009**

*KRISTY MARIE MCCLENDON INTERVIEW*
***ROYAL INN MOTEL, ABILENE, TX***

Kristy Marie McClendon, W/F, DOB: 01/23//1981 is a night clerk at the Royal Inn Motel in Abilene, TX.

Ms. McClendon stated she may recognize the photograph of Scott Sartain. She looked through all of her records (Royal Inn Motel guest lists) to see if Sartain had ever stayed at the Royal Inn Motel. She was not able to locate any record with his name on it.

Ms. McClendon stated that a lot of times, a church or other party will pay for a homeless person's stay at the motel, and in that event, the motel lists the church or other organizations name, instead of the homeless person's name as the guest.

Ms. McClendon stated that she is 60% positive she has seen Sartain in the past, but she was not sure when. I was allowed to leave some of the wanted posters at the motel.

A photograph (ref. 6.A.) was taken of this location and the interview was concluded.

As the recording continued, I walked to the motel bar attached to the Royal Inn Office in an attempt to locate information regarding Sartain.

Munn, Kelly / HC-09-0126 PC

CONFIDENTIAL INFORMATION/WORK PRODUCT

*DAWN "DEE" WEILER INTERVIEW*
**"MY PLACE BAR" at ROYAL INN MOTEL, ABILENE, TX**

I met with Dawn "Dee" Weiler, W/F, DOB: 02/05/1971, who is a bartender at "My Place" Bar at the Royal Inn Motel.

Ms. Weiler stated she has never seen Sartain but gave me the owner's name (Homer Winkle). I left some of the wanted fliers at the bar.

The interview was concluded.

Munn, Kelly / HC-09-0126 PC

CONFIDENTIAL INFORMATION/WORK PRODUCT

## NOVEMBER 04, 2009

*JUAN E. GREER INTERVIEW*
### CITYLINK BUS TERMINAL (2ND ST. @ SYCAMORE), ABILENE, TX

On November 04, 2009, I interviewed approximately 35 individuals at this location. Because these interviews were very short and I was in the area of the bus stop for several hours, I did not record each and every interview/contact made.

However, at frame 01:55 of the audio recording, one person who was identified as Juan Emanuel Greer, B/M, DOB: 01/25/1990, stated that he has seen Sartain at the bus stop "a couple of times" at approximately 1-2:00 PM. Mr. Greer stated he last saw Sartain two weeks prior to this interview (late October 2009) and that Sartain was by himself.

Mr. Greer stated he recognized Sartain's face and tattoos.

Mr. Greer stated his phone # is 325-439-2379 and that his is currently living at the Abilene Hotel.

A quick background on this individual revealed that his complete name is "Juan Emanuel-Antonio Greer", B/M, DOB: 01/25/1990, TX ID card # 026159927. Mr. Greer is a former resident of Waco, TX and appears to currently be homeless.

I left several fliers with Mr. Greer and his W/F companion.

A photograph was taken of this location (ref. 7.A) and additional interviews were conducted.

Munn, Kelly / HC-09-0126 PC

CONFIDENTIAL INFORMATION/WORK PRODUCT

# INVESTIGATION SYNOPSIS

I left Abilene, TX on November 04, 2009. During my time in Abilene and immediately thereafter, I spoke to Mrs. Youngquist on multiple occasions regarding investigation updates and recommendations for additional follow-up activities.

It is my opinion that additional investigation is immediately needed in the Abilene area, including follow-up interviews with listed (and newly identified) individuals, monitoring of the bus stop/bus system areas, attending some of the AA/NA meetings, placing a "wanted" ad in the Abilene newspaper, mass distribution of the "wanted" flier that was drafted, attempt to ascertain possible video surveillance from the bus stop in Abilene, and follow-up with local law enforcement agencies regarding the identities and activities of listed individuals.

After interviewing so many unrelated individuals who have absolutely no knowledge of the events surrounding the disappearance of Scott Sartain and who have absolutely no incentive to lie or make up stories regarding their respective knowledge of his whereabouts and/or recent sightings, I believe additional immediate follow-up investigation efforts are needed in the Abilene area.

If Sartain is alive and currently in the Abilene area, he may attempt to flee the area and go back into hiding if he catches wind of our attempts to locate him.

End of Report.

8 pages of attachments include:
1. 1.A. - The "card" from the 180 House
2. 1.B. - Photograph of 2102 Amy Lyn, Abilene, TX
3. 2.A. - Photograph of 2110 Amy Lyn, Abilene, TX
4. 3.A. - Photograph of 2234 Amy Lyn, Abilene, TX
5. 4.A. - Photograph of 1758 Collins, Abilene, TX
6. 5.A. - "Wanted" flier
7. 6.A. - Photograph of Royal Inn Motel, Abilene, TX
8. 7.A. - Photograph of CityLink bus terminal, 2nd St @ Sycamore, Abilene, TX

_____       11/06/2009
Eddie Frankum, President/LPI.          Date

Munn, Kelly / HC-09-0126 PC

CONFIDENTIAL INFORMATION/WORK PRODUCT

Name: **SCOTT** ~~Moved 5-17-07~~ Call Jarry
Sartain 5-17-07
SS#: 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     DOB: 2/7/68

Treatment: M.A. Mission Arlington     Date: 2/22/07

Emergency Contact: Jo Ann Mitchell 214-869-5950 (Mom)

P/O: N/A

Vehicle: None     License #: _____

Medications:
Insulin
Hydrochlorot     Deposit: pd 2/1/07

Boss' # (432)553-7277 Office # (432)561-8053
Scott's cell # 665-1645

## CONSENT FORM

I understand that upon my removal from the 180 property, I have 7 days to make arrangements to have all my personal belongings removed from the property. After the 7 days are up, then all belongings will become property of the 180 House to be disposed as they see fit. The 7 days begins at the point of relapse or of the rent being past due.

I also understand that I shall give a 3-day notice upon my leaving the 180 House. If a 3-day notice is not given, then the remainder of the week's rent will not be refunded, nor the $20 deposit.

I also give permission to have my room and my personal belongings searched at any time during my stay at the 180 House, including my vehicle. These searches can be performed by the Program Director or House Manager, or anyone he chooses to perform this procedure.

I understand that I am a guest here and will readily leave if asked to do so.

RESIDENT'S
SIGNATURE: _____     DATE: 2/22/07

RECEIVED
NOV 03 2009
Halo Protection Services

1. A.



1. B.



2. A.



3. A.



4.A.

# WANTED



## ANY INFORMATION
### ABOUT
### MISSING PERSON

# SCOTT ANTHONY SARTAIN

- ➢ 41 years old
- ➢ 5'07" to 5'08" tall
- ➢ 160 to 175 lbs.
- ➢ Blue eyes / Brown hair (or bald)
- ➢ Multiple tattoos all over body
- ➢ Is a diabetic
- ➢ Is a known drug user (primarily amphetamines)
- ➢ Is known to be homeless sometimes

**We are interested in talking to anyone who may have information regarding the above missing person.**

## $$$ CASH REWARD $$$
### FOR INFORMATION LEADING TO THE LOCATION OF THIS PERSON!

**Please contact us for a confidential interview**
**Private Investigator Matt Wallis**
**469-628-7535**
**EMAIL: m.wallis@haloprotectionservices.com**

5.A.



6. A.



7. A.